### Ronnie Lee TAYLOR, Appellant,

v.

### DIRECTOR OF REVENUE, Respondent.

No. 73429.

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 30, 1998.

E. Rex Bradley, Louisiana, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and RHODES RUSSELL, JJ.

#### ORDER

PER CURIAM.

Defendant appeals from the judgment of the Circuit Court of Pike County denying his Petition for a Refusal Hearing pursuant to section 577.041 RSMo (Cum.Supp.1996) in which he requested the court to set aside suspension or revocation of his driving privileges due to his refusal to take a breathalyzer test.

No error of law appears, and a written opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).